[No. 32374-9-III.   Division Three.   August 4, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE JACOB NUNEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-01664-5, Douglas L. Federspiel, J., entered March 12, 2014. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J.; Lawrence-Berrey, J., concurring separately.

[No. 32955-1-III.   Division Three.   August 4, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE HAMLLIK, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 13-1-00056-5, Brian P. Altman, J., entered November 3, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33112-1-III.   Division Three.   August 4, 2016.]

*In the Matter of the Involuntary Treatment of* A.J.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated September 22, 2016. Substitute opinion published in part. See 196 Wn. App. 79.

[No. 33283-7-III.   Division Three.   August 4, 2016.]

SCOTT SHUPE, *Appellant*, v. SPOKANE POLICE DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-02958-1, Kathleen M. O'Connor, J., entered March 26, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.